IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JASON DEVERS,

               Petitioner,

    vs.

ROB JEFFREYS,

               Respondent.

**8:23CV188**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Motion for Leave to Appeal in Forma Pauperis.  Filing No. 32.  Petitioner filed a Notice of Appeal, Filing No. 29, on April 20, 2026.  Petitioner appeals from the Court's Memorandum and Order and Judgment dated March 28, 2025, Filing Nos. 23 & 24, and the Memorandum and Order dated March 20, 2026, denying his motion to alter or amend judgment, Filing No. 28. Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the Court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis, Filing No. 32, is granted.

Dated this 11th day of May, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge